UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FIDGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAKE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.: 4:13-cv-05182-YGR<br><br>**ORDER STRIKING PLAINTIFF'S NOTICE OF SUBSTITUTION OF ATTORNEY** |

On June 25, 2014, Plaintiff Ronald F. Fidge filed a Notice of Substitution of Attorney, in which he stated that his attorney of record would no longer be representing him. (Dkt. No. 60.)

The Local Civil Rules of this District make clear that counsel may not withdraw from an action without an order of the Court. N.D. Cal. L. Civ. R. 11-5(a). Plaintiff's notice fails to conform to this rule, as there has been no motion for withdrawal filed by counsel for Plaintiff. *See id.* Accordingly, Plaintiff's notice of substitution is hereby **STRICKEN**.

The Clerk shall strike Docket No. 60 from the record.

**IT IS SO ORDERED**.

Dated: July 8, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**