**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RONALD F. FIDGE,**<br><br>    **Plaintiffs,**<br><br>    **vs.**<br><br>**LAKE COUNTY SHERIFF'S DEPT.,** *ET AL.***,**<br><br>    **Defendants.** | **Case No.: 13-CV-5182 YGR**<br><br>**ORDER RE MOTION OF STANLEY GOFF TO BE RELIEVED AS COUNSEL** |

Now before the Court is the motion of Stanley Goff ("Counsel") to be relieved as counsel for Plaintiff Ronald F. Fidge. (Dkt. No. 62.) Pursuant to Local Rule 7-1(b), the Court has deemed this matter suitable for resolution on the papers and thus vacates the hearing set for August 19, 2014.

The Court notes that Mr. Goff has provided neither proof of notice nor service of the subject motion on Plaintiff Ronald F. Fidge. N.D. Cal. L. Civ. R. 11-5 (withdrawal may be permitted by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case).

Accordingly, a compliance hearing shall be held in this matter on **July 25, 2014 at 9:01 a.m.** in the United States District Court, 1301 Clay Street, Oakland in Courtroom 1. Five days prior to the hearing, Mr. Goff shall file with the court (1) a declaration stating that a copy of the instant order has been provided to Mr. Fidge and that Mr. Goff has advised Mr. Fidge of all outstanding dates in this case and (2) and proof of service to show that copies of this order and the governing Case

Management Order were provided to Mr. Fidge. If Mr. Goff timely files the required documents, the hearing shall be vacated.

Mr. Fidge is hereby further notified that if he will be representing himself, he shall be solely responsible for the case.

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

You will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. **If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

You are hereby notified that it is your duty to keep the Court and opposing parties informed at all times of your current address. The Court needs to know how to contact you. If you do not keep the Court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that **may adversely affect your interests or result in your losing your case**.

IT IS SO ORDERED.

**Dated: July 11, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**