UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RONALD FRANK FIDGE,

    Plaintiffs,

  v.

LAKE COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

Case No.  13-cv-05182-YGR   (NJV)

**ORDER RE MOTION TO COMPEL**

Re: Dkt. No. 64

On July 23, 2014, District Judge Yvonne Gonzalez Rogers referred Plaintiff's Motion to Compel to the undersigned.  (Doc. 67.)   This matter shall be litigated in compliance with Paragraph 12 of the Standing Order of Magistrate Judge Nandor J. Vadas, which is available on the website for the United States District Court for the Northern District of California.

The parties are directed to meet and confer on this matter no later than July 30, 2014, and file a joint letter brief no later than August 1, 2014.  The matter will be heard on Tuesday, August 5, 2014, at 1:00 pm.  The hearing will be telephonic.  The parties shall appear at the hearing by dialing 888-684-8852 and entering access code 1868782.

**IT IS SO ORDERED**.

Dated: July 25, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge