UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD FRANK FIDGE,

    Plaintiff,

  v.

LAKE COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

Case No. 13-cv-05182-YGR (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify on 7/25/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Ronald Frank Fidge

    P.O. Box 102

    Cobb, CA 95426

Dated: 7/25/2014

By:____/s/_____
Linn Van Meter, Law Clerk to the
Honorable NANDOR J. VADAS