UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| RONALD F. FIDGE,<br><br>       Plaintiff,<br><br>      vs.<br><br>LAKE COUNTY SHERIFF'S DEPARTMENT, *et al*.,<br><br>       Defendants. | Case No.: 4:13-cv-05182-YGR<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE; VACATING CASE MANAGEMENT CONFERENCE; GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME; RESETTING PRETRIAL DATES** |

Pursuant to Local Rule 72-1, this matter is **REFERRED** to Magistrate Judge Cousins to conduct a settlement conference by no later than November 6, 2014.  Accordingly, the case management conference currently set for August 11, 2014 is **VACATED**.  Should the case settle, the parties are ordered to file a Notice of Settlement within two business days so that the Court may vacate any pending dates.  The parties will be advised of the date, time and place of the settlement conference by notice from the assigned magistrate judge.

Having reviewed Plaintiff's Motion for Extension of Time to complete discovery, the Court hereby **GRANTS** Plaintiffs' Motion.  (Dkt. No. 75.)  Accordingly, the following pretrial dates are reset:

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF: | September 19, 2014 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: September 19, 2014<br>Rebuttal: September 29, 2014 |

| | |
|---|---|
| EXPERT DISCOVERY CUTOFF: | October 27, 2014 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | December 16, 2014 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, February 27, 2015 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | March 6, 2015 |
| PRETRIAL CONFERENCE: | Friday, March 20, 2015 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, April 6, 2015 at 8:30 a.m. for 5 days (Jury Trial) |

**IT IS SO ORDERED**.

Date: **August 7, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

2