**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

| | |
|---|---|
| RONALD FRANK FIDGE, Private Attorney General,<br><br>         Plaintiff,<br><br>vs.<br><br>LAKE COUNTY SHERIFF'S DEPARTMENT aka LAKE COUNTY SHERIFF'S OFFICE, STEVE WRIGHT, in his official and private capacity, JAMES GASKILL, DUANE HARPER, GRANT HARDESTER, GR HARDESTER, LLC, and DOES 1-20,<br><br>         Defendants.<br>_____/ | Case No.: 1:13-cv-05182-YGR-NJV<br><br>**ORDER RE DISCOVERY DISPUTE**<br><br>**(DOCS. 64, 72)** |

This matter came on specially for telephone hearing regarding the Joint Letter Brief submitted by the Parties dated August 1, 2014, and the related Motion to Compel. (Dckt. Nos. 64, 72.) Plaintiff RONALD FRANK FIDGE appeared *pro se*. Lauren Calnero appeared for Defendants COUNTY OF LAKE and DEPUTY STEVE WRIGHT. Kristina Velarde appeared on behalf of Defendants JAMES GASKELL, DUANE HARPER, GRANT HARDESTER, and GR HARDESTER, LLC.

Having considered the Joint Letter Brief and argument made by Plaintiff and counsel for Defendants COUNTY OF LAKE and DEPUTY STEVE WRIGHT, IT IS HEREBY ORDERED THAT:

The Court accepts the representation that Defendant COUNTY OF LAKE produced all audio recordings of the incident in its possession and finds that Plaintiff RONALD FRANK FIDGE concedes he was provided with an audio recording of the incident.

Based thereon, and because of Plaintiff's belief there are different or unaltered versions of an audio recording of his arrest, Defendants COUNTY OF LAKE and DEPUTY STEVE WRIGHT are precluded from introducing any audio recording of the arrest of Plaintiff RONALD FRANK FIDGE on October 3, 2013, that has not already been produced in this case to date, absent the written consent of Plaintiff.

IT IS FURTHER ORDERED THAT Plaintiff's oral motion regarding inspection of the hard drive from the car by the FBI is DENIED.

IT IS SO ORDERED

Dated: August 8, 2014

_____
The Honorable Judge Nandor J. Vadas
United States Magistrate Judge