# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**RONALD F. FIDGE**,

    Plaintiff,

vs.

**LAKE COUNTY SHERIFF'S DEPT**., et al.,

    Defendants.

Case No.: C-13-5182- YGR

**ORDER VACATING COMPLIANCE HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

On July 30, 2014, the Court issued an Order to Show Cause. ECF No. 71. Plaintiff's counsel, Stanley Goff, provided a timely written response to the Order. Having reviewed and considered the written response, the Court was not satisfied with Mr. Goff's submission, and so issued a second Order to Show Cause on August 7, 2014. On August 15, 2014, Mr. Goff timely submitted a response thereto. The Court is satisfied with Mr. Goff's second submission and no sanctions shall be imposed at this time. Accordingly, the Court VACATES the hearing set for Friday, August 22, 2014. This terminates Docket No. 62.

**IT IS SO ORDERED.**

Date: August 21, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**