UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD FRANK FIDGE**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**LAKE COUNTY SHERIFF'S DEPARTMENT, ET AL.**,<br><br>　　　　Defendants. | Case No. 13-cv-05182-YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST FOR PRE-FILING SUMMARY JUDGMENT CONFERENCE; DENYING MOTION TO CONTINUE PRE-FILING CONFERENCE AS MOOT**<br><br>Re: Dkt. Nos. 102, 104 |

　　　　Now before the Court are two requests submitted by Plaintiff Ronald Frank Fidge: plaintiff's Request for Pre-filing Summary Judgment Conference (Dkt. No. 102); and plaintiff's Motion to Continue Pre-filing Conference (Dkt. No. 104). Having considered plaintiff's submissions in support of his requests, the Court **DENIES** without prejudice plaintiff's request for a pre-filing summary judgment conference, and **DENIES AS MOOT** plaintiff's request to extend the pre-filing summary judgment conference.

　　　　Plaintiff filed the instant request for a summary judgment conference despite the fact that he is not required to file such a request as a *pro se* litigant. (*See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.) Accordingly, plaintiff was not required to file this request, nor is he required to participate in a pre-filing conference; he could simply file a motion for summary judgment as set forth in Federal Rule of Civil Procedure 56 and the relevant local civil rules of this District. (*See* N.D. Cal. L. Civ. R. 7, *et seq*.) In the same filing, however, plaintiff represents that he will soon have an attorney appearing on his behalf. (Dkt. No. 102 at 1.) Given that fact, plaintiff's pending request for a conference is **DENIED WITHOUT PREJUDICE**. When plaintiff's attorney appears, he or she may file on plaintiff's behalf a request for a pre-filing summary judgment conference.

Accordingly, plaintiff's motion for a continuance of the pre-filing conference he originally requested is **DENIED AS MOOT**.

This terminates Docket Nos. 102, 104.

**IT IS SO ORDERED.**

Dated: October 31, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**

2