UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FRANK FIDGE,<br><br>Plaintiff,<br><br>v.<br><br>LAKE COUNTY SHERIFF'S DEPARTMENT, ET AL.,<br><br>Defendants. | Case No. 13-cv-05182-YGR<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR EXTENSION OF TIME** |

Now before the Court is Plaintiff Ronald Frank Fidge's Ex Parte Motion for Extension of Time for Discovery for Expert Witnesses (Dkt. No. 103) and Defendants' response in opposition thereto (Dkt. Nos. 110, 111). Having considered the motion and response, the Court hereby **DENIES** Plaintiff's motion.[1]

This is Plaintiff's second motion to extend deadlines. The first request was granted by the Court on August 7, 2014, and provided Plaintiff additional time to complete both fact and expert discovery. (Dkt. Nos. 75, 79.) Pursuant to the order extending such deadlines, the close of expert discovery was October 27, 2014. (Dkt. No. 79.)

On October 27, 2014, Plaintiff filed the instant motion. In his motion, Plaintiff has failed to articulate why he needs the requested extension and why there is good cause to grant his motion. Plaintiff has also failed to explain why the requested extension was not submitted to the Court prior to the deadline for expert discovery. Although Plaintiff states that he has just hired a new attorney who will need to "make adjustments to the expert witness list," Plaintiff provides no information as to what such adjustments may be or why they are necessary. In addition, the Court is concerned regarding the fact that despite Plaintiff's repeated representations that an appearance

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court determined this motion suitable for decision without oral argument.

of counsel is forthcoming, as of the date of this Order, no counsel has appeared on behalf of Plaintiff.

For these reasons, Plaintiff's motion is **DENIED.**

This terminates Docket No. 113.

**IT IS SO ORDERED.**

Date: November 10, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**

United States District Court
Northern District of California

2