1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    RONALD FRANK FIDGE,                          Case No.  13-cv-05182-YGR

          Plaintiff,

8

9            v.                                   ORDER VACATING DECEMBER 16, 2014
                                                  HEARING ON SUMMARY JUDGMENT
10   LAKE COUNTY SHERIFF'S DEPARTMENT, ET         MOTIONS
     AL.,

11            Defendants.

12          Now before the Court is the request of Plaintiff Ronald Frank Fidge to Vacate the Hearing

13   regarding the Motion for Summary Judgment of Defendants Lake County Sheriff's Department.

14   (Dkt. No. 113.)  Lake County has opposed the request.  (Dkt. No. 116.)

15          The instant request is not a model of clarity.  In support thereof, plaintiff asserts that

16   defendants were required to file and serve a letter brief requesting a pre-filing conference in

17   support of their motion for summary judgment.  As the Court previously explained in its Order of

18   October 31, 2014, no such letter brief or pre-filing conference is required in this case.  (Dkt. No.

19   108.)  Plaintiff's request that the hearing on summary judgment be vacated on this basis is

20   therefore DENIED.

21          Plaintiff also appears to take issue with the quality of certain evidence provided by

22   defendants during discovery.  Plaintiff's argument on this point, however, appears to be fully

23   encompassed by plaintiff's Motion for Sanctions, which is in effect a motion to compel.  (Dkt. No.

24   130.)  That motion is currently pending before Magistrate Judge Vadas.  (Dkt. No. 133.)  To the

25   extent that the instant request rests on plaintiff's contention that defendants have failed to provide

26   requested discovery, plaintiff's later-filed motion for sanctions addresses this issue and will be

27   resolved in due course.

28          The Court is sensitive to the fact that as a pro se plaintiff, Mr. Fidge is at a relative

*United States District Court*
*Northern District of California*

1   disadvantage in terms of navigating federal civil procedure and legal principles and must be

2   afforded leniency.  To that end, the Court specifically provided plaintiff contact information for

3   the Legal Help Center in its Order of March 6, 2014 (Dkt. No. 43) and has granted appropriate

4   deadline extensions.  Indeed, having granted Mr. Fidge's earlier request for extension of deadlines

5   by Order of August 7, 2014, fact discovery closed in this case on **September 19, 2014**, and expert

6   discovery closed on **October 27, 2014**.  (Dkt. No. 79.)  Those deadlines have long since passed,

7   but in an effort to afford Mr. Fidge leniency, the Court has permitted him to pursue at the present

8   time what is essentially a discovery dispute.

9          Given that this dispute remains pending, the Court hereby VACATES the hearing on the

10  parties' motions for summary judgment currently set for December 16, 2014, to be reset at a later

11  date if necessary.

12          This terminates Docket No. 113.

13

14          IT IS SO ORDERED.

15  Dated:   December 11, 2014

16                                                          _____

17                                                          YVONNE GONZALEZ ROGERS
                                                            UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California