UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RONALD FRANK FIDGE**,

Plaintiff,

v.

**LAKE COUNTY SHERIFF'S DEPARTMENT, ET AL.**,

Defendants.

Case No. 13-cv-05182-YGR

**ORDER VACATING TRIAL DATES**

In light of the fact that the parties' cross summary judgment motions remain under submission and that the parties have failed to meet and confer in preparation for trial, the Court hereby **VACATES** all trial dates. Such dates shall be reset as necessary, in the context of a case management conference, following resolution of the pending motions.

The Court does not overlook, however, the fact that to this point the parties have failed to comply with its standing order setting forth Pretrial Instructions in Civil Cases, which states that:

> The parties shall file a joint Pretrial Conference Statement containing the information listed below. To comply with this requirement, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The Statement is due **fourteen (14) days** prior to the Pretrial Conference.

(Pretrial Order at 1.) It appears that plaintiff has in fact *refused* to comply with this requirement. (Dkt. No. 143 at 1-2.) Should this case proceed beyond summary judgment, plaintiff is cautioned that his compliance with court orders is mandatory.

**IT IS SO ORDERED.**

Dated: March 3, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**