UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RONALD FRANK FIDGE**

Plaintiff,

v.

**LAKE COUNTY SHERIFF'S DEPARTMENT, ET AL.**,

Defendants.

Case No. 13-cv-05182-YGR

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

Re: Docket No. 160

On July 9, 2015, plaintiff Ronald Frank Fidge filed a motion for reconsideration of the grant of summary judgment to the defendants. (Dkt. No. 160.) Plaintiff did not first seek leave of this Court to file the motion for reconsideration. Pursuant to Local Rule 7-9, a party may not notice a motion for reconsideration without first obtaining leave of this Court to file the motion. (N.D. Cal. Civ. L. R. 7-9.) Plaintiff's motion for reconsideration is therefore **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rule 7-9, a copy of which is attached as Exhibit A for plaintiff's convenience.

This terminates Docket Number 160.

**IT IS SO ORDERED.**

Dated: July 14, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**