UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD FRANK FIDGE**<br><br>     Plaintiff,<br><br>     v.<br><br>**LAKE COUNTY SHERIFF'S DEPARTMENT, ET AL.**,<br><br>     Defendants. | Case No. 13-cv-05182-YGR<br><br>**JUDGMENT** |

The issues in this action having been duly considered and the Court having granted Defendants' Motion for Summary Judgment, it is **ORDERED, ADJUDGED AND DECREED** that the complaint is **DISMISSED WITH PREJUDICE**, except that Plaintiff's claim for intentional infliction of emotional distress is **DISMISSED WITHOUT PREJUDICE**. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing by his complaint.

**IT IS SO ORDERED.**

Dated: September 29, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**